UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 15-07325 DDP (MRWx)                                               Dated: December 9, 2015

Title:   OKSANA BAIUL-FARINA, professionally known as OKSANA BAIUL, an individual -v- JOSEPH CHARLES LEMIRE, an individual; OLYMPIC CHAMPIONS LTD., a Delaware corporaiton; OLYMPIC CHAMPIONS LTD., a British Virgin Islands corporation; REPUBLIC OF UKRAINE, a sovereign nation
===================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                                                <u>None Present</u>
Courtroom Deputy                                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                              None

PROCEEDINGS:            MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** the MOTION TO REMAND (DOCKET NUMBERS 27 AND 31) set for December 14, 2015 at 10:00 a.m., are hereby taken off calendar, the hearing date vacated and will be decided without oral argument.


MINUTES FORM 11                                                   Initials of Deputy Clerk: JAC
CIVIL -- GEN