# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CV 15-07325 DDP (MRWx) | Date   October 4, 2016 |
| Title | OKSANA BAIUL-FARINA -V- JOSEPH CHARLES LEMIRE, et al | |

Present: The Honorable   **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| Patricia Gomez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:   MINUTE ORDER (IN CHAMBERS)

Plaintiff's Motion to Remand is DENIED, without prejudice [Dkt. No. 27].

: N / A

Initials of Preparer   PG