Usman Shaikh, SBN: 271137
U.S. Law Group, Suite 206
427 N. Canon Drive
Beverly Hills, CA 90210
Tel: (direct): 310- 870-7079
Fax: 310-870-7063
Email: usman@uslawgroupinc.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKSANA BAIUL-FARINA, professionally known as OKSANA BAIUL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH CHARLES LEMIRE, an individual; OLYMPIC CHAMPIONS LTD, a Delaware corporation; OLYMPIC CHAMPIONS LTD., a British Virgin Islands corporation; REPUBLIC OF UKRAINE, a sovereign nation; DOES 1-10, <br><br> Defendants | Case No. 2:15-CV-7325-DRP <br><br> (Honorable Dean D. Pregerson) <br><br> **JUDGMENT PURSUANT TO ORDER OF JUNE 19, 2018 [FRCP 58(a)]** <br><br> **DATE:** July 30, 2018 <br> **TIME:** 10:00 a.m. <br> **PLACE:** 312 N. Spring St. Los Angeles, CA 90012 <br> **CTRM:** 3 |

This Court, having dismissed Plaintiff's First Amended Complaint ("FAC") with prejudice and denied Plaintiff's Motion For Remand, IT IS HEREBY ORDERED that JUDGMENT in favor of Defendants is hereby entered dismissing Plaintiff's FAC with prejudice.

DATE: August 14, 2018

_____
Honorable Dean D. Pregerson
United States District Judge